UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-9129 ABC (SHx) | Date | December 3, 2012 |
|---|---|---|---|
| Title | Martin Vogel -vs- Irwindale Denn Inc. | | |

| Present: The Honorable | **AUDREY B. COLLINS, UNITED STATES DISTRICT JUDGE** |
|---|---|

| A. Bridges | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| not present | not present |

**Proceedings:**     **(IN CHAMBERS)  ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

   IT IS ORDERED that plaintiff's counsel show cause in writing not later than **December 14, 2012**, why this action should not be dismissed for lack of prosecution as to defendants **Irwindale Denn Inc.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local 78-1, <u>no</u> <u>oral</u> <u>argument</u> will be heard on this matter unless ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of plaintiff's response.  The Court will consider as a satisfactory response the filing of the following on or before the date shown above.

_____     Proof of service of summons and complaint on defendants _____ ;

√     Answer to first amended complaint by defendants **Irwindale Denn Inc., or plaintiff's request for entry of default;**

_____ Plaintiff(s)' motion for entry of default judgment or request to the Clerk for entry of default judgment;

√     Stipulation and Order extending time to respond to complaint.

Failure to file a timely response is deemed consent to the dismissal without prejudice of the action as to the above defendants.

                                                                                                                 _____ : _____
                                                                                                                 Initials of Preparer     AB